UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13399 |
| | | CHAPTER 13 |
| DANIEL C. FLINT | | |
| | : | JUDGE BETH A. BUCHANAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917883 | $350.00 |

Creditor(s)
Fifth Third Bank
c/o Statman, Harris & Eyrich, LLC.
3700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202

                Respectfully submitted,

/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      mburks@cinn13.org - Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org
      cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 17, 2011.

                                                                    /s/     Margaret A. Burks, Esq.
                                                                                   Margaret A. Burks, Esq.

| | |
|---|---|
| Fifth Third Bank<br>c/o Statman, Harris & Eyrich, LLC.<br>3700 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio 45202 | Debtor(s) Counsel<br>HAROLD JARNICKI, ESQ.<br>576 MOUND COURT SUITE B<br>LEBANON, OH  45036 |
| Debtor(s)<br>DANIEL C. FLINT<br>9054 E. PROSPECT ROAD<br>HILLSBORO, OH  45133 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |